# *EXHIBIT 11*



# Just Us Process Services

3000 Town Center
Suite #1250
Southfield, Michigan 48075
248.353.1034 - Ext 225

Date
12/15/2008

Invoice #
11211

Andre M Sokolowski, Esquire
26711 Northwestern Hwy
Suite #200
Southfield, MI 48034

*PD ck# 301 12.29.08 $365*

RE: Cleary v County of Macomb

| Service Date | Item | Description | Service Fee |
|---|---|---|---|
| 12/11/2008 | 101 | Service of Subpoena on Susan Schwartz, 26441 Clancy Street, Roseville, MI 48066 | 35.00 |
|  | 104 | Rush | 15.00 |

**BALANCE DUE**   $50.00

Please reference invoice number when payment is made. Thank You.

Payment due upon receipt of invoice